BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street
Oakland, CA 94607-3627

Counsel for Defendant ONYEA NWAONUMAH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 06-00623 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER FOR CONTINUANCE AND |
| ) | EXCLUSION OF TIME UNDER THE |
| ) | SPEEDY TRIAL ACT, 18 U.S.C. |
| ONYEA NWAONUMAH, ) | § 3161 ET SEQ. |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of November 28, 2006, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for December 12, 2006 at 9:00 a.m.

The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv). The reasons for this continuance are as follows: Defendant is in the process of conducting investigations and obtaining records and requires the additional two weeks to complete his investigation. For the foregoing reasons, the parties stipulate that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the

- 1 -

1 | defendant in a speedy trial because the failure to grant such a continuance would unreasonably
2 | deny counsel for the defendant the reasonable time necessary for effective preparation, taking into
3 | account the exercise of due diligence.
4 |
5 |
6 | DATED:  November 22, 2006
7 | /S/
8 | _____
9 | HILARY A. FOX
  | Assistant Federal Public Defender
10 | DATED:  November 27, 2006
11 | /S/
12 | _____
  | SHASHI KEWALRAMANI
13 | Assistant United States Attorney
14 |
15 | SIGNATURE ATTESTATION
16 | I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

- 2 -

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from November 28, 2006 until December 12, 2006 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review of records which have been requested are necessary to the defense preparation of the case.

2. Given counsel's need to complete its investigation and review requested records, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from November 28, 2006 until December 12, 2006.

IT IS FURTHER ORDERED that the STATUS HEARING date of November 28, 2006, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for December 12, 2006 at 9:00 a.m.

DATED: 11/27/06

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE