Case 4:06-cr-00623-SBA   Document 14-2   Filed 02/01/2007   Page 1 of 2

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2

   MARK KROTOSKI, (CABN 138549)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3717
7     Facsimile: (510) 637-3724
      E-mail: Shashi.Kewalramani@usdoj.gov

8
   Attorneys for Plaintiff
9

**FILED**

FEB - 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   Case No. 06-00623 SBA
                                       )
14          Plaintiff,                 )   [PROPOSED] ORDER GRANTING
                                       )   STIPULATION TO RE-SET STATUS
15     v.                              )   HEARING AND EXCLUSION OF TIME
                                       )   UNDER SPEEDY TRIAL CLOCK
16  ONYEA NWAONUMAH,                   )
                                       )   Date:  February 6, 2007
17          Defendant.                 )   Time:  9:00 a.m.
    _____)   Before the Honorable Saundra B. Armstrong

18                          **[PROPOSED] ORDER**

19          Pursuant to 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Stipulation To Re-Set

20  Status Hearing And Exclusion Of Time Under Speedy Trial Clock between February 6, 2007 and

21  February 13, 2007.  The Stipulation also noted that counsel for the defendant will require the

22  additional time to further investigate the matter and effectively prepare taking into account the

23  exercise of due diligence.  Good cause appearing therefor,

24          **IT IS HEREBY ORDERED** that the period of time between February 6, 2007 and

25  February 13, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively

26  prepare, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The

27  Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the

28

1   best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).   The

2   matter is re-set for further status conference on February 13, 2007 at 9 a.m.

3

4   DATED:   2-2-07

5

6   _____
    SAUNDRA B. ARMSTRONG
7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET STATUS
HEARING AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK
Case No.  06-00623 SBA                          2