1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 - 12th Street, Ste. 650
   Oakland, California 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant NWAONUMAH

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )   No. CR 06-0623 SBA
10                                  )
              Plaintiff,            )   STIPULATION AND ORDER TO
11                                  )   CONTINUE HEARING
   v.                               )
12                                  )   Date:  February 27, 2007
   ONYEA NWAONUMAH,                 )   Time: 11:00 a.m.
13                                  )   Court: Hon. Saundra Brown Armstrong
              Defendants.           )          U. S. District Court
14 ─────────────────────────────    )
                                    )
15
       This matter is currently on calendar for status or change of plea on Tuesday, February 27,
16
2007, June 14, 2005, at 9:00 a.m. The parties jointly stipulate and request that the matter be taken
17
off calendar and continued one week to the new date of March 5, 2007, at 11:00 a.m. for status or
18
change of plea and further request that the time between February 27 and March 5, 2007, be
19
excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).
20
Defense counsel requires this additional time to complete some outstanding investigation regarding
21
Mr. Nwaonumah's criminal history which would affect the calculation of Mr. Nwaonumah's
22
guideline range and thus may affect the resolution of this matter. The parties agree that it is
23
appropriate to afford counsel an additional week to complete this ongoing investigation.
24
For this reason, the parties request that the Court find that a continuance is appropriate and order that
25
this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and
26
(B)(iv), because the continuance is necessary to provide defense with the reasonable time necessary

- 1 -

1  for effective preparation, taking into account the exercise of due diligence.

2  SO STIPULATED.

3  Dated: February 26, 2007                              /S/
4                                                        _____
                                                         HILARY A. FOX
                                                         Attorney for Defendant Nwaonumah
5
   SO STIPULATED.
6
   Dated: February 26, 2007                              /S/
7                                                        _____
                                                         SHASHI KEWALRAMANI
8                                                        Assistant United States Attorney

9                                    SIGNATURE ATTESTATION
10     I hereby attest that I have on file all holograph signatures indicated by a "conformed"
   signature ("/S/") within this efiled document.
11

12                                        **ORDER**

13     Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS

14 that the ends of justice served by granting of the requested continuance outweigh the best interests of

15 the public and the defendant in a speedy trial, and that the failure to grant the requested continuance

16 would deny defendant Nwaonumah the reasonable time necessary for effective preparation, taking

17 into account the exercise of due diligence.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

18     Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is currently

19 scheduled for February 27, 2007, shall be continued to March 5, 2007, and that the time from

20 February 27 through March 5, 2007, shall be excluded for purposes of the Speedy Trial Act, 18

21 U.S.C. §3161(h)(8)(A) and (B)(iv).

22     IT IS SO ORDERED.

23
   Dated: February 26, 2007                              _____
24                                                       SAUNDRA BROWN ARMSTRONG
                                                         United States District Court
25

26