| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | HILARY A. FOX |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Ste. 650 |
| | Oakland, California 94607-3627 |
| 4 | Telephone: (510) 637-3500 |

Counsel for Defendant NWAONUMAH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0623 SBA |
| | ) | |
| Plaintiff, | ) | **AMENDED** STIPULATION AND |
| | ) | [~~PROPOSED~~] ORDER TO CONTINUE |
| v. | ) | HEARING |
| | ) | |
| ONYEA NWAONUMAH, | ) | Date: February 27, 2007 |
| | ) | Time: 11:00 a.m. |
| Defendants. | ) | Court: Hon. Saundra Brown Armstrong |
| | ) | U. S. District Court |
| | ) | |

This matter is currently on calendar for status or change of plea on Tuesday, February 27, 2007, at 11:00 a.m. The parties jointly stipulate and request that the matter be taken off calendar and continued one week to the new date of Tuesday, March 6, 2007, at 11:00 a.m. for status or change of plea and further request that the time between February 27 and March 6, 2007, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Defense counsel requires this additional time to complete some outstanding investigation regarding Mr. Nwaonumah's criminal history which would affect the calculation of Mr. Nwaonumah's guideline range and thus may affect the resolution of this matter. The parties agree that it is appropriate to afford counsel an additional week to complete this ongoing investigation.

For this reason, the parties request that the Court find that a continuance is appropriate and order that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the continuance is necessary to provide defense with the reasonable

- 1 -

time necessary for effective preparation, taking into account the exercise of due diligence.

SO STIPULATED.

Dated: February 28, 2007 /S/

HILARY A. FOX
Attorney for Defendant Nwaonumah

SO STIPULATED.

Dated: February 28, 2007 /S/

SHASHI KEWALRAMANI
Assistant United States Attorney

ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the requested continuance would deny defendant Nwaonumah the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is currently scheduled for February 27, 2007, shall be continued to March 6, 2007, and that the time from February 27 through March 6, 2007, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: ~~February~~ MARCH 1, 2007

/s/ Saundra B. Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Court