1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 - 12th Street, Ste. 650
   Oakland, California 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant NWAONUMAH

          IN THE UNITED STATES DISTRICT COURT

          FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )  No. CR 06-0623 SBA
                               )
            Plaintiff,          )  STIPULATION AND [PROPOSED]
                               )  ORDER TO CONTINUE HEARING
v.                             )
                               )  Date: March 13, 2007
ONYEA NWAONUMAH,               )  Time: 11:00 a.m.
                               )  Court: Hon. Saundra Brown Armstrong
            Defendants.         )         U. S. District Court
                               )
                               )

This matter is currently on calendar for change of plea on Tuesday, March 13, 2007, at 11:00 a.m. The parties jointly stipulate and request that the matter be continued two weeks to the new date of Tuesday, March 27, 2007, at 11:00 a.m. for change of plea and further request that the time between March 13 and March 27, 2007, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Defense counsel requires this additional time to complete some outstanding investigation regarding Mr. Nwaonumah's criminal history which would affect the calculation of Mr. Nwaonumah's guideline range and thus may affect the resolution of this matter. Although counsel had hoped that all investigation would be completed by today's date, it is not yet completed. The parties agree that it is appropriate to afford counsel a brief additional period of time to complete this ongoing investigation.

For this reason, the parties request that the Court find that a continuance is appropriate and order that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161

- 1 -

1  (h)(8)(A) and (B)(iv), because the continuance is necessary to provide defendant with the

2  reasonable time necessary for effective preparation, taking into account the exercise of due

3  diligence.

4  SO STIPULATED.

5  Dated: March 12, 2007          /S/

6          HILARY A. FOX
        Attorney for Defendant Nwaonumah

7  SO STIPULATED.

8  Dated: March 12, 2007          /S/

9  
10         SHASHI KEWALRAMANI
        Assistant United States Attorney

11    I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled
12 document.

13 **ORDER**

14 Based on the reasons provided in the stipulation of the parties above, the Court hereby

15 FINDS that the ends of justice served by granting of the requested continuance outweigh the best

16 interests of the public and the defendant in a speedy trial, and that the failure to grant the requested

17 continuance would deny defendant Nwaonumah the reasonable time necessary for effective

18 preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) &

19 (B)(iv).

20 Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is currently

21 scheduled for March 13, 2007, shall be continued to March 27, 2007, and that the time from

22 March 13 through March 27, 2007, shall be excluded for purposes of the Speedy Trial Act, 18

23 U.S.C. §3161(h)(8)(A) and (B)(iv).

24 IT IS SO ORDERED.

25 Dated: March _13_, 2007

26         SAUNDRA BROWN ARMSTRONG
        United States District Court

- 2 -