BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant NWAONUMAH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0623 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE HEARING |
| v. | ) | |
| | ) | Date: March 27, 2007 |
| ONYEA NWAONUMAH, | ) | Time: 11:00 a.m. |
| | ) | Court: Hon. Saundra Brown Armstrong |
| Defendants. | ) | U. S. District Court |
| | ) | |
| | ) | |

This matter is currently on calendar for change of plea on Tuesday, March 27, 2007, at 11:00 a.m. The parties jointly stipulate and request that the matter be continued two weeks to the new date of Tuesday, April 3, 2007, at 11:00 a.m. for change of plea and further request that the time between March 27 and April 3, 2007, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Defense counsel requires this additional week to complete some outstanding investigation regarding Mr. Nwaonumah's criminal history which would affect the calculation of Mr. Nwaonumah's guideline range and thus may affect the resolution of this matter. Although counsel had hoped that all investigation would be completed by today's date, it is not yet completed. The parties agree that it is appropriate to afford counsel a brief additional period of time to complete this ongoing investigation.

For this reason, the parties request that the Court find that a continuance is appropriate and order that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161

- 1 -

1  (h)(8)(A) and (B)(iv), because the continuance is necessary to provide defendant with the reasonable

2  time necessary for effective preparation, taking into account the exercise of due diligence.

3  SO STIPULATED.

4  Dated:      March 26, 2007                              /S/

5                                                                    _____
                                                                      HILARY A. FOX
                                                                      Attorney for Defendant Nwaonumah

6  SO STIPULATED.

7  Dated:      March 26, 2007                              /S/

8                                                                    _____
                                                                      SHASHI KEWALRAMANI
9                                                                    Assistant United States Attorney

10         I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

11

12                                         **ORDER**

13     Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS

14  that the ends of justice served by granting of the requested continuance outweigh the best interests of

15  the public and the defendant in a speedy trial, and that the failure to grant the requested continuance

16  would deny defendant Nwaonumah the reasonable time necessary for effective preparation, taking

17  into account the exercise of due diligence.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

18     Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is currently

19  scheduled for March 27, 2007, shall be continued to April 3, 2007, and that the time from March 27

20  through April 3, 2007, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C.

21  §3161(h)(8)(A) and (B)(iv).

22     IT IS SO ORDERED.

23

    Dated: March 26, 2007                                   _____
24                                                                    SAUNDRA BROWN ARMSTRONG
                                                                      United States District Court

25

26